Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Yanke Construction, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

FDBA  Yanke's Design & Conatruction, Inc.

**3. Debtor's federal Employer Identification Number** (EIN)  38-3225298

**4. Debtor's address**

**Principal place of business**

16208 Golden Avenue
Walled Lake, MI 48390
Number, Street, City, State & ZIP Code

Oakland
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  www.yankeconstruction.com

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Yanke Construction, Inc.
       Name
Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | Yanke Construction, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | | |
| | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
 Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
 Contact name _____
 Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   Yanke Construction, Inc.                                                           Case number (*if known*)
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Yanke Construction, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 28, 2025
                     MM / DD / YYYY

**X** /s/ Darren Yanke                                              Darren Yanke
Signature of authorized representative of debtor         Printed name

Title   President

**18. Signature of attorney**

**X** /s/ John J. Stockdale, Jr.                                    Date  March 28, 2025
Signature of attorney for debtor                                        MM / DD / YYYY

John J. Stockdale, Jr. P71561
Printed name

Schafer and Weiner, PLLC
Firm name

40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Number, Street, City, State & ZIP Code

Contact phone  (248) 540-3340          Email address  jstockdale@schaferandweiner.com

P71561 MI
Bar number and State

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Yanke Construction, Inc.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Darren K. Yanke | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: March 28, 2025

Signature: /s/ Darren Yanke
Darren Yanke

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Michigan

In re  Yanke Construction, Inc.
   Debtor(s)

Case No.
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  March 28, 2025

/s/ Darren Yanke
Darren Yanke/President
Signer/Title

American Express
200 Vesey Street
New York, NY 10285


Calo & Sons Construction
7871 Chubb Rd
Northville, MI 48168


Capital One
1680 Capital One Drive
McLean, VA 22102


Caterpillar Financial Services Corporati
2120 West End Ave,
Nashville, TN 37203


Chase Bank
39820 Eight Mild Rd
Northville, MI 48167


CMA Heavy Haul, Inc.
7824 Chubb Road
Northville, MI 48168


Corporation Service Company
P.O. BOX 2576
Springfield, IL 62708


Corrigan Propane
775 N. 2nd Street
Brighton, MI 48116


CT Corp.
40600 Ann Arbor Rd
Suite 700
Glendale, CA 91203-4349


CT Corp., Agent/ Attn:  SPRS
330 N. Brand blvd., Ste. 700
Glendale, CA 91203

CT Corporation System
330 N Brand Blvd
Suite 700
Attn: SPRS
Glendale, CA 91203


CT Corporation System
40600 Ann Arbor Rd
Suite 201
Attn: SPRS
Plymouth, MI 48170


David Fogel
1225 Franklin Avenue
Suite 201
Garden City, NY 11530


Diamler Financial
14372 Haritage Pkwy
Suite 400
Fort Worth, TX 76177


EN OD Capital
1202 Avenue U
Suite 1115
Brooklyn, NY 11229


Fendt Builders Supply
22005 Gill Rd
Farmington Hills, MI 48335


Financial Agent Services
P.O. BOX 2576
Springfield, IL 62708


First Corporate Services, as Rep.
914 S. Street
Sacramento, CA 95811


Ford Motor Credit
650574 1501 North Plano Road
Suite 100
Richardson, TX 75081

G2 Consulting Group, LLC
1866 Woodslee Street
Troy, MI 48083


GFL Environmental USA, Inc.
13691 W. 11 Mile Rd.
Suite 1040
Oak Park, MI 48237


John Deere Financial F.S.B.
6400 NW 86th St
Johnston, IA 50131


Kenworth-Custom Truck Capital
655 Business Center
Horsham, PA 19044


Lieberman and Klestzick, LLP
P.O. Box 356,
Cedarhurst, NY 11516


Lou's Transport LLC
1780 E. Highwood
Pontiac, MI 48340


Michigan Cat
14800 Novi Road
Novi, MI 48375


On Deck
1400 Broadway
New York, NY 10018


Quickbooks
405 N Angler NE.
Atlanta, GA 30308


Regain Group, LLC
ONE BRIDGE PLAZA NORTH
Suite 868
Fort Lee, NJ 07024


Rocket Capital NY LLC
1250 E Hallandale Beach Blvd Suite 505
Hallandale, FL 33009

```
SQ Advance LLC
7901 4TH ST N
Suite 300
Saint Petersburg, FL 33702


Swift Funding Source
2474 McDonald Ave
Brooklyn, NY 11223


T.K.M.S. LLC
1780 E. Highwood
Pontiac, MI 48340


The Home Depot Credit Services
6716 Grade Lane
Building 9
Suite 910
Louisville, KY 40213


Tia Marie Trucking, Inc.
7871 Chubb Rd
Northville, MI 48168


U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243


University of Michigan Credit Union
2621 Carpenter Road
Ann Arbor, MI 48108


Uptown Fund, LLC
1515 Pine Street
Lakewood, NJ 08701


White Cap LP
50732 Sabrina Dr
Shelby Township, MI 48315
```